IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MABIOR JOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:19–CV–70 |
| ) | |
| CITY OF BURLINGTON, VERMONT, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

NOW COME the Defendants, by and through their attorneys, Lynn, Lynn, Blackman & Manitsky, P.C., and hereby gives notice of withdrawal of attorney Christopher H. Boyle. Attorney Boyle is no longer an attorney at Lynn, Lynn, Blackman & Manitsky, P.C. Pietro J. Lynn, Esq., and Barbara R. Blackman, Esq., will continue to represent Defendants in the above referenced matter.

Dated at Burlington, Vermont this 15th day of March, 2023.

.

                                                                  CITY OF BURLINGTON, VERMONT
                                                                  BRANDON DEL POZO, AND JOSEPH
                                                                   CORROW

By:    */s/ Pietro J. Lynn*
            Pietro J. Lynn, Esq.
            Barbara R. Blackman, Esq.
            Lynn, Lynn, Blackman & Manitsky, P.C.
            *Counsel for Defendants*
            76 St. Paul St., Suite 400
            Burlington, VT  05401
            (802) 860-1500
            plynn@lynnlawvt.com
            bblackman@lynnlawvt.com