IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

MABIOR JOK,

    PLAINTIFF,

vs.                                                                  Civil Action No. 2:19-CV-70

CITY OF BURLINGTON, et al.,

    DEFENDANTS.

## PLAINTIFFS' EXHIBIT LIST

**Exhibit**

| | |
|---|---|
| 1 | Media Joseph Corrow Body Cam |
| 1.1 | Jok/ Corrow Contact (police reports) |
| 1.11 | 2016 Incident Detail Corrow stops Mabior |
| 1.12 | 2017 Incident Detail Corrow transports Mabior to ER for intoxication |
| 1.2 | Corrow Internal Investigation Report |
| 1.21 | William Burgess Investigation Report (Report only Authenticated) |
| 1.3 | UOF Incident Report from Jok Incident 9-8-2018 |
| 1.31 | Corrow Internal Interview Transcript |
| 1.32 | Media Corrow Internal Interview MP3 |
| 1.33 | Corrow BPD Application |
| 1.4 | Affidavit of Joseph Corrow |
| 1.41 | Joseph Corrow Deposition Transcript |
| 1.5 | UOF Corrow Academy Training (Authenticated) |
| 1.51 | Defendant's Supplemental Discovery Response for Corrow training |
| 1.52 | Defendant's Supp Responses to 1st Request to Admit (training manual) |
| 1.53 | Joseph Corrow's Answers to Plaintiff's First Interrogatories |
| 1.6 | BPD Use Of Force Directive |
| 1.61 | ICAT Training materials |
| 1.9 | VCJTC UOF and Tactics |
| 2 | Media Pedestrian Video of Corrow (10 sec) formerly Exhibit G |
| 2.1 | Jacob Garrett deposition transcript |
| 2.2 | Initial call and people detail reports |
| 2.21 | Jacob Garrett signed Statement |
| 2.3 | Picture of Mabior at the Hospital (Authenticated) |

| | |
|---|---|
| 2.4 | 2nd picture of Mabior at the Hospital  (Authenticated) |
| 2.5 | Picture of Corrow and Bellavance over Jok |
| 2.6 | Picture of Mabior laying on ground w blood |
| 2.7 | Picture of Mabior sitting looking up at officers |
| 2.8 | Picture of Mabior sitting officers stand behind |
| 3.1 | Mabior Jok deposition transcript |
| 3.12 | City of Burlington DD40 Policy |
| 3.13 | City of Burlington DD03 Fair and Impartial Policing Policy |
| 3.2 | Mabior's Written responses to Defendant's First Interg |
| 3.3 | Bellavance Uses Modified Arm Bar UOF Incident 2011 |
| 4.01 | Nancy Stetson older CV |
| 4.011 | 2019 Nancy Stetson Email Race/ Arrest Rate Analysis |
| 4.012 | 2020 Nancy Stetson BPD Data and UOF dashboard |
| 4.013 | BPD Report: Traffic Stop Outcomes by Race 2016 & 2017 Data |
| 4.1 | 2019 Email From Nancy Stetson re Tasers |
| 4.2 | Stetson UOF by officer email (Authenticated) |
| 4.22 | UOF by officer attachment (1) (Authenticated) |
| 4.23 | Stetson arrest rate context email (Authenticated) |
| 4.24 | Stetson arrest rate context attachment (Authenticated) |
| 4.3 | 2019 "Good News" email from Nancy Stetson |
| 4.4 | Nancy Stetson Deposition Transcript (condensed) |
| 4.6 | Stetson email re 2018 traffic  (Authenticated) |
| 5 | Janine Wright deposition transcript volume 1 |
| 5.01 | Janine Wright deposition transcript volume 2 |
| 5.1 | Wright Media release and internal investigation (1) |
| 5.2 | Wright Social Media posts |
| 5.3 | Wright Quigley 2019 article..Fake account in hot water |
| 5.4 | Officers growing resentful email ("Authenticated") |
| 5.5 | Brandon del Pozo email re Corrow (Authenticated) |
| 5.6 | 2019 Del Pozo emails Corrow Rumors |
| 5.7 | Email from Janine Wright to Del Pozo re Jok "textbook" minus communication |
| 5.8 | Wright Email notices no deescalation (Authenticated) |
| 5.9 | Swenson recommends de escalation policy (Authenticated) |
| 5.10 | Time discrepancy email (Authenticated) |
| 5.11 | Carron email w Seguino study April 2016(1) (Authenticated) |
| 6.1 | ACLU-VT Letter to BPD re First Amendment Retaliation - signed (Authenticated) |
| 7 | Media Matthew Vinci's video |
| 7.1 | Matthew Vinci deposition transcript |
| 7.2 | Matthew Vinci Sworn Statement-Jok, Mabior |
| 8 | Seguino_CV_ |
| 8.1 | A Deeper Dive_Burlington Police Department Addendum (2) |
| 8.2 | Burlington_race_data_analysis_2012-15_final_8.12.16 |
| 8.3 | Driving while Black and Brown in Vermont Brooks_and_Seguino__final_2 |

| | |
|---|---|
| 8.4 | Seguino Deeper Dive in Racial Disparities in Policing in Vermont |
| 8.5 | Seguino and Brooks Racial Disparity Trends BPD 2012-19 |
| 8.6 | Burlington Police Commission Recorded Meeting May 25, 2021 |
| 9 | BPD Use of Force Report 2017 |
| 9.1 | BPD Use of Force Report 2019 |
| 9.11 | Burlington Police Department Annual Report 2020 |
| 9.2 | Expert Report of John Ryan Defendants UOF Expert |
| 9.21 | CNA Full Report |
| 9.22 | Fridell et al Report Racially Biased Policing: A Principled Response |
| 9.3 | BPD Valcour File-Jok, Mabior |
| 10 | Alex Komeyan deposition transcript |
| 10.1 | Alex Komeyan Statement (1) |
| 11.1 | Tyler Mitchell deposition transcript |
| 12 | Marc Preston work bio - expert testimony (1) |
| 12.1 | Marc Preston Expert Report |
| 13 | Thomas Everton deposition transcript |
| 14 | Deposition transcript of Ajeing Dau |
| 19 | EMT Report by Tyler Mitchell |
| 20.1 | Media Brandon del Pozo's July 23 response to Seven Day's Reporter |
| 20.2 | Media Brandon del Pozo at City Counsel/ Use of Force Presentation |
| 20.4 | Del Pozo Supplemental Responses to Plaintiff's 1st Interrogatories |
| 20.5 | Media Burlington Police Commission Recorded Meeting December 15, 2020 |
| 21 | Brandon Del Pozo depo transcript part 1 |
| 22 | Brandon del Pozo depo transcript part 2 |
| 25 | del Pozo racial profiling article |
| 25.1 | Quote from Del Pozo Racial Profiling Article |
| 25.2 | Article: Burlington Confirms Chief Despite racial writings |
| 26 | BTV Chief nominee responds to profiling questions |
| 28 | After shooting, Bar Owners, city officials revisit safety conversation |
| 29 | Bridges UOF (also called #62) |
| 30 | Farnsworth UOF (also called #63) |
| 31 | Finn Use of Force Report (also called #64) |
| 32 | Kenyon UOF (also called #65) |
| 33 | Lundberg Use of Force Report (also called #66) |
| 34 | Sheridan UOF (also called #67) |
| 35 | Mr. Mike's incident UOF (also called #68) |
| 37 | State's Notice of Dismissal and Motion Re Resisting Arrest |
| 38 | State's Notice of Dismissal Disorderly Conduct |
| 47 | Bellavance Use of Force Report |
| 51 | Bellavance Supplemental affidavit |
| 52 | Jason Bellavance Deposition Transcript |
| 53 | Bellavance reports Jok incident via email (Authenticated) |
| 53.1 | Email from Bellavance |
| 54 | Media Bellavance Body 1 formerly Exhibit H |
| 55 | Media Bellavance Body 2 Formerly Exhibit I |

| | |
|---|---|
| 56 | Media Bellavance Body 3 Formerly Exhibit J |
| 57 | Media Bellavance Arrest of Jeremie Meli video |
| 59 | Burlington City resolution re separation of Bellavance (Authenticated) |
| 60 | Article on social media scandal |
| 61 | Bellavance ERV at bar close email (Authenticated) |
| 62 | Meli Internal Investigation Findings/ Report |
| 63 | Derek Hodges Deposition Transcript |
| 64 | Media Derek Hodges Internal Investigation Interview MP3 |