✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Vermont

| Mabior Jok | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| City of Burlington, et al. | Case Number: 2:19-CV-70 |

| PRESIDING JUDGE<br>Hon. Christina Reiss | PLAINTIFF'S ATTORNEY<br>Robb Spensley | DEFENDANT'S ATTORNEY<br>Pietro Lynn |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Mabior Jok |
| | | | | | Matthew Vinci |
| | | | | | Ajeing Dau |
| | | | | | Barnah Alex Komeyan |
| | | | | | Jacob Garrett |
| | | | | | Janine Wright (adverse witness, unavailable) |
| | | | | | Tyler Mitchell (adverse witness, under subpoena) |
| | | | | | Brandon Del Pozo (adverse witness, under subpoena) |
| | | | | | Joseph Corrow (adverse witness, under subpoena) |
| | | | | | Marc Preston (expert) |
| | | | | | Nancy Stetson (adverse witness, under subpoena) |
| | | | | | Jason Bellavance (adverse witness) |
| | | | | | Stephanie Seguino (non-report expert) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages