IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| MABIOR JOK, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:19–CV–70 |
| | ) | |
| CITY OF BURLINGTON, VERMONT | ) | |
| | ) | |
| BRANDON DEL POZO, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS CHIEF | ) | |
| OF POLICE FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT | ) | |
| | ) | |
| JOSEPH CORROW, | ) | |
| INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS A POLICE | ) | |
| OFFICER FOR THE CITY OF | ) | |
| BURLINGTON, VERMONT, | ) | |
| | ) | |
|        Defendants. | ) | |

**<u>DEFENDANTS' PROPOSED EXHIBIT LIST FOR 08/26/2024 TRIAL</u>**

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| A. | Officer Corrow Body Camera Video | | |
| B. | Jacob Garrett Video | | |
| C. | Incident Report | | |
| D. | Burlington Use of Force Policy | | |
| E. | Bellavance Emails re: Use of Force PowerPoint, 02/25/2013 | | |
| F. | Use of Force PowerPoint | | |
| G. | VT Partnership for Fairness and Diversity Training Emails, 07/09/2014 | | |
| H. | Jean Markey-Duncan complaint, 11/02/2015 | | |
| I. | Dylan Zeitlyn complaint and email correspondence, 11/02/2015 | | |
| J. | Email correspondence re: 30 Guiding Principles of Taking UOF Policies to a Higher Level, 02/15/2016 | | |

| | | | |
|---|---|---|---|
| K. | del Pozo email re: 30 Guiding Principles of Taking UOF Policies to a Higher Level, 02/15/2016 | | |
| L. | Connor Brooks email to del Pozo re: Traffic Searches of Black Drivers, 03/30/2016 | | |
| M. | NAAG invite to del Pozo, 06/09/2016 | | |
| N. | BPD Use of Force and Response to Resistance Analysis, 01/25/2017 | | |
| O. | Force Science Institute email, 04/07/2016 | | |
| P. | Nick Ruderman complaint, 05/15/2016 | | |
| Q. | Email to BPD employees re: "New data points out possible racial bias with Vermont State Police", 05/25/2016 | | |
| R. | Mike Feiner email exchange with del Pozo, 07/10/2016 | | |
| S. | del Pozo social media post re: dual patrols, 07/17/2016 | | |
| T. | Use of Force email from Eric Fowler and table, 10/25/2016 | | |
| U. | VSP email to del Pozo re: training workshop; Biased Based Policing Reports, 01/29/2017 | | |
| V. | Dolan Consulting Group, "Please Stop Using Census Data!", 09/2016 | | |
| W. | Dolan Consulting Group, "Dispelling the Myths Surrounding Police Use of Lethal Force", 07/2016 | | |
| X. | ACLU request by email, 09/18/2017 | | |
| Y. | Email correspondence re: complaints to City Hall, 10/04/2017 | | |
| Z. | BPD Citizens Complaint Process | | |
| AA. | Hart email to del Pozo re: complaint packets, 12/21/2017 | | |
| BB. | Email correspondence re: Gustafson complaint, 09/08/2017 | | |
| CC. | BPD Monthly Department Head Report, January 2018 | | |
| DD. | del Pozo email re: tracking arraignments, 01/02/2018 | | |
| EE. | Email from Joan Shannon to del Pozo re: request to discuss police statistics, 02/01/2018 | | |
| FF. | Email to BPD employees re: implicit bias, 02/08/2018 | | |
| GG. | VCJTC letter to del Pozo re: UOF training, 09/12/2018 | | |
| HH. | Stetson email and report to del Pozo re: arraignment data, 10/09/2018 | | |

| II. | ICAT Training Materials | | |
|---|---|---|---|
| JJ. | Mary Morrissey email re: Corrow, 02/19/2015 | | |
| KK. | Corrow email re: request training, 08/01/2017 | | |
| LL. | del Pozo commendation for Corrow, 03/13/2018 | | |
| MM. | Corrow Traffic Safety Award, 3/16/2018 | | |
| NN. | Possible Data Projects | | |
| OO. | Corrow request re: equipment, 05/14/2018 | | |
| PP. | Stetson email to del Pozo re: Jok 23 prior arrests, 05/09/2019 | | |
| QQ. | Nadeau email re: Jok arrest and spit on officer, 05/28/2018 | | |
| RR. | Shift Reports re: Mabior Jok, 07/24/2018 | | |
| SS. | Daily Arrest Reports re: Mabior Jok, 07/24/2018, 07/31/2018 and 08/01/2018 | | |
| TT. | Daily Arrest Report re: Mabior Jok, 07/25/2018 and 07/24/2018 | | |
| UU. | Daily Arraignment Report re: Mabior Jok, 08/17/2018 | | |
| VV. | Bellavance email to Wright, 09/08/2018 | | |
| WW. | Burgess Report, 11/28/2018 | | |
| XX. | Wright Letter to Corrow, 02/06/2019 | | |
| YY. | Jack Ryan Report. 06/19/2020 | | |
| ZZ. | Ryan Still Shot #1 | | |
| AAA. | Ryan Still Shot #2 | | |
| BBB. | Ryan Still Shot #3 | | |
| CCC. | Ryan Still Shot #4 | | |
| DDD. | Ryan Still Shot #5 | | |
| EEE. | Ryan Still Shot #6 | | |
| FFF. | Ryan Still Shot #7 | | |
| GGG. | Ryan Still Shot #8 | | |
| HHH. | Ryan Still Shot #9 | | |
| III. | Ryan Still Shot #10 | | |
| JJJ | Ryan Still Shot #11 | | |

Dated this 12th day of August, 2024, at Burlington, Vermont.

CITY OF BURLINGTON, POLICE CHIEF
BRANDON DEL POZO, AND POLICE
OFFICER JOSEPH CORROW

By:   */s/ Pietro J. Lynn*
      Pietro J. Lynn, Esq.

3

Barbara R. Blackman, Esq.
Lynn, Lynn, Blackman & Toohey, P.C.
*Counsel for Defendants*
76 St. Paul St., Suite 400
Burlington, VT  05401
(802) 860-1500
plynn@lynnlawvt.com
bblackman@lynnlawvt.com