IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| MABIOR JOK,<br>      Plaintiff,<br><br>v.<br><br>CITY OF BURLINGTON, VERMONT<br><br>BRANDON DEL POZO,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS CHIEF<br>OF POLICE FOR THE CITY OF<br>BURLINGTON, VERMONT<br><br>JOSEPH CORROW,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY AS A POLICE<br>OFFICER FOR THE CITY OF<br>BURLINGTON, VERMONT,<br><br>      Defendants. | Civil Action No. 2:19–CV–70 |

## **DEFENDANTS' WITNESS LIST**

NOW COME the Defendants, The City of Burlington, Vermont ("the City" or "Burlington"), former Police Chief Brandon del Pozo ("del Pozo"), and Police Officer Joseph Corrow ("Corrow"), by and through their attorneys Pietro J. Lynn, Esq. and Barbara R. Blackman, Esq., of Lynn, Lynn, Blackman & Toohey, P.C., and hereby submit the following list of witnesses to be called at the time of trial:

1. Joseph Corrow
2. Brandon del Pozo
3. Jason Bellavance
4. Thomas Everton
5. Ajeing Dau
6. Derek Hodges
7. Jacob Garrett
8. Jack Ryan

Dated this 12th day of August, 2024, at Burlington, Vermont.

                                  CITY OF BURLINGTON, POLICE CHIEF
                                  BRANDON DEL POZO, AND POLICE
                                  OFFICER JOSEPH CORROW

By:  */s/ Pietro J. Lynn*
       Pietro J. Lynn, Esq.
       Barbara R. Blackman, Esq.
       Lynn, Lynn, Blackman & Toohey, P.C.
       *Counsel for Defendants*
       76 St. Paul St., Suite 400
       Burlington, VT  05401
       (802) 860-1500
       plynn@lynnlawvt.com
       bblackman@lynnlawvt.com