UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 AUG 15 AM 10: 52

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| MABIOR JOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-00070 |
| | ) |
| CITY OF BURLINGTON, VERMONT; | ) |
| BRANDON DEL POZO, individually and in his | ) |
| Official capacity as Chief of Police for the City | ) |
| of Burlington, Vermont; and JOSEPH | ) |
| CORROW, individually and in his official | ) |
| capacity as a Police Officer for the City of | ) |
| Burlington, Vermont, | ) |
| | ) |
| Defendants. | ) |

**ENTRY ORDER RE: IN CAMERA INSPECTION**

The court has reviewed *in camera* documents bates-stamped 001 to 054 and has determined that the following documents do not satisfy Fed. R. Civ. P. 26(b)(1)'s definition of discoverable documents in the above-captioned matter:

001-020  Administrative Documents related to Brandon del Pozo's FMLA leave

The court has determined that the following documents are relevant to the issues of an alleged abuse of power, credibility, and alleged excessive force in unrelated incidents. These documents shall be produced in three (3) business days from the date of this Entry Order:

021-054 Documents related to complaints regarding Brandon Del Pozo and Jannine Wright's use of pseudonyms for online comments.

The court makes no ruling as to the admissibility of any of the produced documents.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 15th day of August, 2024.

Christina Reiss, Chief Judge
United States District Court